# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DOROTHY L COOPER | | |
| **Case Number:** | 4:08-BK-02180-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 19, 2012 11:00 AM   COURTROOM 446 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | LATOSHA PERKINS | | |

### *Matter:*

CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY LEONARD J. MCDONALD JR. OF TIFFANY & BOSCO, P.A. ON BEHALF OF CITIFINANCIAL MORTGAGE COMPANY, INC. (set at hrg. held 3/13/12) (cont. from 4/17/12) (cont. from 5/15/12)

**R / M #:**   52 / 0

### *Appearances:*

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
CHRISTOPHER H. ARIANO, ATTORNEY FOR DOROTHY L COOPER, Appearing by telephone
DARYL DORSEY, ATTORNEY FOR CITIMORTGAGE, Appearing in Phoenix

### *Proceedings:*

Mr. Dorsey understands that the debtor has modified the plan to include approximately $6000 in post-petition arrearage. On that basis the hearing can be vacated. A stipulation will be submitted that resolves the stay relief.

Mr. Morris agrees. It was suggested at an earlier hearing that there was room to modify the plan.

Mr. Ariano asks if the creditor can file an amended proof of claim adding the post-petition arrearages.

Mr. Dorsey will work that out with Mr. Ariano.

THE COURT: THE HEARING IS VACATED SUBJECT TO CALL.

Case 4:08-bk-02180-SHG   Doc 78   Filed 06/19/12   Entered 06/26/12 07:59:37   Desc
Main Document   Page 1 of 1

06/26/2012   7:59:13AM